THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 George Palmer, Appellant.
 
 
 

Appeal From Georgetown County
 Edward B. Cottingham, Circuit Court Judge
Unpublished Opinion No. 2008-UP-014
Submitted January 1, 2008  Filed January
 9, 2008    
APPEAL DISMISSED

 
 
 
 Assistant Appellant Defender Eleanor Duffy Cleary,  of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor J. Gregory Hembree, of Conway, for
 Respondent.
 
 
 

PER CURIAM: George
 Palmer appeals his conviction for breach of trust with fraudulent intent of an
 amount greater than $5000 and sentence of ten years imprisonment, suspended
 upon the service of seven years and three years probation.  Palmer contends the
 trial court erred in failing to grant his motion for a directed verdict.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Palmers appeal and grant counsels motion to be relieved.
APPEAL
 DISMISSED.
ANDERSON,
 SHORT and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.